**07 CV 10539**

**JUDGE KAPLAN**

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-F-047-JPK, 07-F-055-JPK & 07-F-056-JPK

NOV 21 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE COMPANY
a/s/o Mitsubishi Digital Electronics America, Inc.

Case No.: **07 CV**

Plaintiff,

-against-                                             **RULE 7.1 STATEMENT**

UNITED EXPRESS CONTAINER LINE LIMITED,
                    Defendants.
-----------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

**SEE ATTACHED LISTS**

Dated: November 21, 2007

_____
SIGNATURE OF ATTORNEY
JAMES P. KRAUZLIS

**ST. PAUL COMPANIES**
- Athena Assurance Company
- Discover Property and Casualty
- Discover Specialty Ins Co
- Fidelity & Guaranty Ins Co
- Fidelity & Guaranty Ins Undrws
- GeoVera Insurance Company
- Northbrook Prop & Cas Ins Co
- Pacific Select Property Ins Co
- St. Paul Fire & Casualty Ins
- St. Paul Fire & Marine Ins Co
- St. Paul Guardian Ins Co
- St. Paul Indemnity Ins Co
- St. Paul Insurance Company
- St. Paul Ins Co of IL
- St. Paul Insurance Co of ND
- St. Paul Medical Liab Ins Co
- St. Paul Mercury Ins Co
- St. Paul Property & Cas Ins Co
- St. Paul Surplus Lines Ins Co
- Seaboard Surety Company
- United States Fid & Guar Co
- USF&G Business Insurance Co
- USF&G Family Insurance Company
- USF&G Founders Ins Co
- USF&G Insurance Company of MS
- USF&G Insurance Company of WI
- USF&G Pacific Insurance Co
- USF&G Small Business Ins Co
- USF&G Specialty Insurance Co
- USF&G West Insurance Co

**American Continental Ins Co**
**Discover Reinsurance Co**
**Inner Harbor Reinsurance, Inc**

TRAVELERS PC GROUP
Citicorp Assurance Co
Citicorp Int'l Trade Indemnity
First Floridian Auto & Home
First Trenton Group

First Trenton Indemnity Co
Gulf Insurance Group
Atlantic Insurance Company
Gulf Group Lloyds
Gulf Insurance Company
Gulf Insurance Co (UK) Ltd
Gulf Underwriters Ins Co
Select Insurance Company
Premier Insurance Co of MA
Red Oak Insurance Company
TravCal Indemnity Company
TravCal Secure Insurance Co
Travelers Cas & Surety of Amer
Travelers Insurance Co
Travelers PC Pool
Auto Ins Co of Hartford
Charter Oak Fire Ins Co
Farmington Casualty Company
Phoenix Insurance Company
Standard Fire Insurance Co
TravCo Insurance Company
Travelers Casualty & Surety Co
Travelers Cas & Surety Co IL
Travelers Casualty Co of CT
Travelers Commercial Insurance
Travelers Excess & Surp Lines
Travelers Home and Marine
Travelers Indemnity Co
Travelers Indem Co of Amer
Travelers Indem Co of CT
Travelers Indem Co of IL
Travelers Indem Co of MO
Travelers Lloyds Ins Co
Travelers Lloyds of Texas Ins
Travelers Personal Security
Travelers Prop Cas Ins Co
Travelers Prop Cas Ins Co IL
Triton Insurance Company