```
              BADIAK & WILL, LLP
              ATTN:
U.S.SOUTHERN DIST. COURT       NEW YORK   COUNTY
--------------------------------------------------
                                                    Index No. 07-CV-10539
ST.PAUL FIRE & MARINE INSURANCE CO.     plaintiff
A/S/O MITSUBISHI DIGITAL ELECTRONICS AMERICA        Date Filed  ............
                   - against -
                                                    Office No. 07-F-047-JK
UNITED EXPRESS CONTAINER LINE           defendant
LIMITED                                             Court Date:    /   /
--------------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
```

**HOWARD HERTZFELD**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the  **4th  day of December, 2007**     at  **09:00 AM.**,                        at
   **%MASTERPIECE INTERNATIONAL, 167-10 SOUTH CONDUIT
   AVE, #101, JAMAICA, NY 11434**
I served a true copy of the
   **SUMMONS AND COMPLAINT
   JUDGES RULES**

upon **UNITED EXPRESS CONTAINER LINE LIMITED**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **ANDREW PEARLSTEIN, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **MALE**           COLOR: **WHITE**          HAIR: **BLACK**
        APP. AGE: **46**        APP. HT: **5:11**         APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
11th  day of  December, 2007k

                                              ....................
JOEL GOLUB                                    HOWARD HERTZFELD  778037
Notary Public, State of New York              AETNA CENTRAL JUDICIAL   SERVICES
   No.01G04751136                             225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                    NEW YORK, NY, 10007
Commission Expires 12/31/2009                 Reference No: 3BWM95606

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ST. PAUL FIRE & MARINE INSURANCE COMPANY
a/s/o Mitsubishi Digital Electronics America,
Inc.,

SUMMONS IN A CIVIL CASE

V.

UNITED EXPRESS CONTAINER LINE LIMITED,

CASE NUMBER: 07 CV 10539

JUDGE KAPLAN

TO: (Name and address of defendant)
UNITED EXPRESS CONTAINER LINE LIMITED: c/o United Express Holding Co. Ltd.,
Unit 206, 2/F Kerry Cargo Centre, 55 Wing Kei Road, Kwai Chung, N.T. Hong Kong and
c/o Masterpiece International, 167-10 South Conduit Avenue, #101, Jamaica, New York
11434

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Refs.: 07-F-047-JK, 07-F-055-JK & 07-F-056-JK

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          NOV 21 2007
CLERK                                        DATE

(BY) DEPUTY CLERK